**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

**-vs-**                                                    **Case No.  2:10-cr-83-FtM-29SPC**

**LORENA ARROYO**

_____

## ORDER APPOINTING CJA COUNSEL

The Court previously examined the defendant under oath and found her without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel. The Federal Public Defender was appointed to represent the Defendant. However, on June 23, 2010, the Federal Public Defender moved to withdraw due to a conflict. The Court granted the request and will proceed to appoint CJA Counsel. **Duilio Espinosa-Montalban, 1810 East Palm Avenue, #4108, Tampa, Florida 33605**, is hereby appointed to represent the defendant. The Defendant may be required to reimburse the United States for the costs and expenses of appointed counsel and at the conclusion of these proceedings the United States may file a Motion for Reimbursement of Costs and Attorney's Fees, if it is deemed appropriate.

**DONE** and **ORDERED** in Ft. Myers, Florida on this ___2nd___ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record